## ORDER

Let the Writ Issue.

DATED: October 30, 2018

_____
HON. JUDGE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

## WRIT OF HABEAS CORPUS

The United States of America to the Warden of the Morris County Correctional Facility:

WE COMMAND YOU that you have the body of

**MALOY AMADOR (SBI: 775532C; DOB 10/30/1986)**

now in the custody of the Morris County Correctional Facility, brought before the Honorable Susan D. Wigenton, United States District Judge, on November 6, 2018 at 11:30 a.m., for arraignment and initial appearance.

Immediately upon completion of the proceeding, the Detainee will remain in federal custody.

    WITNESS the Honorable Susan D. Wigenton
    United States District Judge
    Newark, New Jersey

DATED: October 30, 2018

WILLIAM T. WALSH
Clerk of the U.S. District Court
District of New Jersey

Per: _____
        Deputy Clerk

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

In the Matter of the Application of the United States
for a Writ of Habeas Corpus Ad Prosequendum, Crim. No. 18-00640

## PETITION FOR WRIT OF HABEAS CORPUS

( X ) Ad Prosequendum            ( ) Ad Testificandum

1. **MALOY AMADOR (SBI: 492346C; DOB: 1/7/82)** (hereinafter, the "Detainee") is in the custody of the Morris County Correctional Facility.

2. On November 6, 2018, the Detainee is scheduled to be arraigned on a two-count indictment, charging him with Possession of a Firearm by a Convicted Felon and Possession of an Unregistered Short-Barrel Shotgun, in violation of 18 U.S.C. § 922(g)(1) and 26 U.S.C. § 5861(d).

3. The Detainee will be required at the federal courthouse in Newark, New Jersey, for his arraignment and initial appearance before the Honorable Susan D. Wigenton, United States District Judge, on November 6, 2018 at 11:30 a.m. A Writ of Habeas Corpus should be issued for that purpose.

4. The Detainee will remain in federal custody after the hearing.

                                                 CRAIG CARPENITO
                                                 United States Attorney

DATED:    October 30, 2018               By:    s/ Vera Varshavsky
                                                      VERA VARSHAVSKY
                                                      Assistant United States Attorney
                                                      Petitioner